UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
EUGENE SCOTT,

                        Plaintiff,

      – against –

ROBERT ROSENBERGER and GARY MORGIEWICZ,

                        Defendants.
------------------------------------------------------------------------x

**ORDER**

No. 19-cv-01769 (CS)

Seibel, J.

      For the reasons set forth on the record during today's teleconference, all claims against Defendants are DISMISSED without prejudice under Federal Rule of Civil Procedure 41. The Clerk of Court shall close the case.

**SO ORDERED.**

Dated: August 6, 2020
       White Plains, New York

                                                  _____
                                                     CATHY SEIBEL, U.S.D.J.